**Order filed, September 29, 2016.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00374-CV

———————

### MISHA FERGUSON ET AL, Appellant

### V.

### QIAO ZHOU ET AL, Appellee

**On Appeal from the County Civil Court at Law No 4
Harris County, Texas
Trial Court Cause No. 1073353**

## ORDER

The reporter's record in this case was due **June 27, 2016**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Lisa Moody Fort**, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM